IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| CSHM, LLC, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil No. 3:14-1025 |
| | ) | Judge Trauger |
| DR. JODI KUHN, DDS, *et al.*, | ) | |
| | ) | |
| Defendants. | ) | |

**O R D E R**

The Agreed Emergency Motion to Reschedule the April 28, 2014 Hearing on CSHM's Motion for a Preliminary Injunction and to Extend the Terms of the Temporary Restraining Order Pending the Conclusion of That Hearing (Docket No. 14) is **GRANTED**. It is hereby **ORDERED** that the preliminary injunction hearing is **RESET** for Friday, May 14, 2014, at 2:00 p.m. The temporary restraining order is **EXTENDED** until this rescheduled hearing.

It is so **ORDERED**.

ENTER this 25th day of April 2014.

_____
ALETA A. TRAUGER
U.S. District Judge