**IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION**

| | | |
|---|---|---|
| CSHM LLC, | ) | |
| | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 3:14-cv-01025 |
| | ) | |
| DR. JODI KUHN, DDS, | ) | |
| CHILDREN'S DENTAL CLINIC OF THORNTON, P.C. | ) | |
| (n/k/a THORNTON YOUTH DENTISTRY, PC), | ) | Judge Aleta A. Trauger |
| SMILE HIGH DENTISTRY FOR CHILDREN, P.C. | ) | |
| (n/k/a DENVER YOUTH DENTISTRY, PC), | ) | |
| 6TH STREET OF DENVER DENTAL CLINIC, P.C. | ) | |
| (n/k/a AURORA YOUTH DENTISTRY, PC), and | ) | |
| SMALL SMILES DENTISTRY FOR CHILDREN, P.C. | ) | |
| (n/k/a SPRINGS SMILES YOUTH DENTISTRY, PC), | ) | |
| | ) | |
| Defendants. | ) | |

## ORDER

The court has been notified that this case has settled.  It is hereby **ORDERED** that a

stipulation of dismissal or other settlement document shall be filed within thirty (30) days of the

entry of this Order.

The preliminary injunction hearing set for June 5, 2014, and the initial case management

conference set for June 6, 2011, are **CANCELLED**.

Further, it is hereby **ORDERED** that the Temporary Restraining Order entered on April

14, 2014, as extended, is modified to include the following proviso:  "The Temporary

Restraining Order does not prohibit any Defendant, or her or its officers, agents, servants,

employees, attorneys, or other persons working with any Defendant, from taking the actions

necessary to effectuate the contemplated settlement."  The modified Temporary Restraining

Order is hereby extended to the date that is the sooner of dismissal of this action or further Order

of the Court dissolving or modifying the Temporary Restraining Order.

It is so **ORDERED**.

**ENTERED** this  3rd  day of June 2014.

_____
ALETA A. TRAUGER
U.S. District Judge